UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 26-0299 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated May 8, 2026, the parties, through undersigned counsel, respectfully submit this Joint Status Report in the above-captioned case.

Plaintiff submitted three Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., requests to the Department of Justice (the "Department"), seeking records from the Department's Office of Information Policy ("OIP") related to email correspondence over a specified period of a specified political appointees containing one or more key search terms. *See generally*, Compl. (ECF No. 1). Plaintiff filed the instant Complaint on February 3, 2026. The Department filed its Answer on March 26, 2026 (ECF No. 5).

The parties engaged in good-faith discussions to narrow or clarify the scope of Plaintiff's requests and agreed to scope out certain materials not intended to be captured by Plaintiff's FOIA requests. Specifically, Plaintiff has clarified the names of individuals and institutions of interest to Plaintiff, and the parties have agreed to scope out references to individuals and institutions with similar names who are not of interest to Plaintiff.

As previously reported, OIP has completed its initial search and identified approximately 292 pages of potentially responsive records. Furthermore, OIP has completed its processing[1] of these potentially responsive records. All potentially responsive pages have been sent for consultation with DOJ components and Executive Branch agencies having equities in the records, and OIP continues to actively work with equity holders having outstanding consults to complete the consultation process. OIP intends to issue responses on a rolling basis, as consultations are complete.

The parties respectfully propose that they update the Court with the progress of Defendant's progress as to the processing of Plaintiff's FOIA requests in the next sixty days, up to and including October 27, 2026.

Dated: August 28, 2026
Washington, D.C

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Saifuddin K. Kalolwala*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-2550
Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399

1 "Processing" includes further responsiveness review, manual de-duplication, application of FOIA Exemptions as applicable, and sending records for consultation with other Department components and/or Executive Branch agencies with equities in the records.

Tel: (202) 802-1948
MatthewDHardin@gmail.com

*Counsel for Plaintiff*